**Opinion issued March 24, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-26-00079-CV

———————————————

**KABUL GROUP, INC., Appellant**

**V.**

**AHMAD ZIA, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1223784**

## MEMORANDUM OPINION

Appellant, Kabul Group, Inc., and appellee, Ahmad Zia, have filed a joint motion to dismiss the appeal because the parties have settled their differences. The parties ask that we set aside the trial court's judgment and order that appellant take

nothing by its claims against appellee, order that appellee take nothing by its claims against appellant, and order costs paid by the party incurring same.

We lift the abatement currently in place and reinstate the appeal on the active docket. We grant the motion and set aside the trial court's judgment and remand to the trial court for entry of a judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). As agreed by all parties, all costs on appeal shall be borne by the party incurring same. *See* TEX. R. APP. P. 42.1(d). The Clerk of this Court is directed to issue the mandate concurrently with this opinion and judgment. *See* TEX. R. APP. P. 18.1(c). We dismiss any other pending motions as moot.

**PER CURIAM**

Per curiam opinion delivered by panel consisting of Justices Rivas-Molloy, Johnson, and Dokupil.